# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN MELCHOR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FRANCISCO JAQUEZ, Warden,<br><br>　　　　Respondent. | No. CV 09-8618 CJC (CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: September 9, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　United States District Judge